In the Matter of JOSEPH REIS et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents.

(Argued November 1, 1933; decided November 2, 1933.)

*J. M. Conroy* for appellants.

*Arthur J. W. Hilly, Corporation Counsel (Rollin H. Reid* and *J. Joseph Lilly* of counsel), for respondents.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.  Not sitting: HUBBS, J.